## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

**UNITED STATES OF AMERICA**

**v.**                                                      **Case No. 3:04-cr-206-J-20MCR**

**BRUCE MAINOR**

_____/

## ORDER

Before this Court is the Report and Recommendation (Doc. No. 322, filed on February 14, 2005) entered by the United States Magistrate Judge, recommending that Defendant's Amended Motion to Suppress, for Return of Property, and Motion in Limine (Doc. No. 250, filed November 8, 2004) be denied.  Upon consideration of the Report and Recommendation, and upon conducting an independent de novo review of the entire record in this matter, the Magistrate Judge's Report and Recommendation is **ADOPTED**, and it is specifically incorporated into this Order.  The Court has given Defendant two extensions within which to file objections to the Report and Recommendation. See Doc. No. 406, filed April 7, 2005 (Order giving Defendant until April 17, 2005 to file objections); Doc. No. 471, filed May 2, 2005 (Order granting Defendant additional extension of eleven days to file objections to Report and Recommendation).  However, no objections have been filed.

Accordingly, the Defendant's Amended Motion to Suppress (Doc. No. 250) is **DENIED**.

**DONE AND ORDERED** at Jacksonville, Florida, this _16_ day of May, 2005.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:
William Edward Folsom, Esq.
Frank M. Talbot, II, AUSA