UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                             Case No.: 3:04-cr-206-J-20MCR

BRUCE MAINOR,

_____/

ORDER

Before the Court are two Motions by Defendant Bruce Mainor that ask this Court to reconsider, amend, alter, vacate, or set aside one of this Court's prior Orders. The first Motion seeks reconsideration of this Court's refusal to release Defendant Mainor from custody pursuant to the Speedy Trial Act. (Doc. No. 642, filed August 8, 2005). Defendant's second Motion (Doc. No. 644, filed August 8, 2005) seeks reconsideration of this Court's rejection of his argument that the Speedy Trial Act unconstitutionally violates principles of separation of powers. Neither of Defendant's motions raise newly discovered evidence, allegations of fraud or mistake, or any other bases for reconsideration or alteration. Instead, the motions simply re-litigate the issues already decided by this Court. (Order No. 628, July 29, 2005). Consequently, Defendant's Motions (Doc. No. 642 and Doc. No. 644) are **DENIED**.

**DONE AND ENTERED** at Jacksonville, Florida, this ___ day of August, 2005.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:

William E. Folsom, Esq.
O. David Barksdale, Esq.
Gerald Scott Bettman, Esq.

Clyde M. Collins, Jr., Esq.
Thomas George Fallis, Esq.
Charlie Lee Adams, Esq.
Quentin Till, Esq.
Robert Calvin Rivers, Esq,
Daniel A. Smith, Esq.
William Charles Fletcher, Esq.
Michael W. Johnson, Esq.
David Gerhardt Mengers, Esq.
D.J. Pashayan, AUSA